██ RUSSELL J. BARONE et al., Respondents, v TOWN OF WEST SENECA, Appellant. [778 NYS2d 403]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered

August 5, 2003. The order denied defendant's motion for summary judgment dismissing the complaint and for leave to amend the answer in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.